United States District Court
Southern District of Texas
**ENTERED**
April 24, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff <br><br> v. <br><br> **MARIO RAYNARD ROBERSON,** <br> Defendant. | **CRIMINAL NO. 4:25-CR-00355** |

## ORDER

Pending before the Court is Motion to Amend Conditions of Release filed by the Defendant. (ECF No. 52). The United States has filed a Motion in Opposition. (ECF No. 54).

Accordingly, it is the decision of the Court that the Motion to Amend Conditions of Release order is **DENIED**.

Signed on April 24, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge